## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEGO A/S, LEGO Systems, Inc., and LEGO Juris A/S | : Civil Action No. _____ |
| Plaintiffs, | : |
| v. | : |
| Briktek Toys, Inc. | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## COMPLAINT

Plaintiffs LEGO A/S ("LAS"), LEGO Systems, Inc. ("LSI"), and LEGO Juris A/S ("LJAS") (collectively, "the LEGO Group") file this Complaint against Defendant Briktek Toys, Inc. ("Briktek") and allege as follows:

## THE PARTIES

1.      Plaintiff LAS is a private company with a place of business located at Aastvej 1, Dk-7190, Billund, Denmark.

2.      Plaintiff LSI is a Delaware corporation having its principal place of business at 555 Taylor Road, Enfield, CT 06082.

3.      Plaintiff LJAS is a private company with a place of business located at Koldingvej 2, Dk-7190, Billund, Denmark.

4.      Upon information and belief, defendant Briktek is a Canadian corporation with a principal place of business located at 3038, boul. du Curé-Labelle Prévost, QC, J0R 1T0, Canada.  Upon information and belief, Briktek does business in the State of Connecticut.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367.

6.     This Court has personal jurisdiction over Briktek by virtue of it transacting, doing, and soliciting business in this District, and committing acts of patent, copyright and trademark infringement in this District.

7.     Venue is proper in this District because Briktek is a foreign corporation and has committed acts of patent, copyright, and trademark infringement in this District.

## FACTS

8.     In 2015, the LEGO® brand was named the world's most powerful brand.

9.     The LEGO Group is a well-established industry innovator and leader in designing and manufacturing toys and play materials for children of all ages worldwide.  The LEGO Group's toy building elements, figurines and toy sets helped establish the construction toy category, are well-recognized around the world and have enjoyed tremendous commercial success and consistent popular acclaim.  Constructive LEGO® play fosters positive, lifelong skills, such as creativity, imagination and creative problem solving, which are valuable to any child.

10.     The LEGO Group is known for delivering the very best construction toy products and associated play experiences.  In fact, the name "LEGO" is an abbreviation of the Danish words "leg godt" meaning "play well."  The LEGO Group was founded in 1932 by Ole Kirk Kristiansen, who started the company making wooden toys and selling them from his workshop in Billund, Denmark.  The company has passed from parent to child with Thomas Kirk Kristiansen, great grandchild of the founder, representing the fourth generation of ownership and

currently serving as Deputy Chairman of the Board of Directors.  Ole Kristiansen's motto– "det bedste er ikke for godt" meaning "only the best is good enough"– helps explain why, according to a 2014 survey by the Reputation Institute, the LEGO Group is the number two most-admired brand in the United States and number nine globally.  The phrase also explains why the LEGO Group's products have been named "Toy of the Century" by both *Fortune* magazine and the British Association of Toy Retailers. Over the years, the LEGO Group has amassed significant goodwill and a strong reputation for quality. Indeed, in the past two years the LEGO Group and the LEGO® brand were named the #1 Most Reputable Global Company of 2020 by RepTrak, the Most Loved Brand of 2020 by Talkwaker, and the #1 Most Popular Kids Entertainment Brand by Brand Trends (2021). Time Magazine named the LEGO Group's recycled brick design one of the Best Inventions of 2021.

11.     The LEGO Group's innovative and commercially successful products are the result of its long-time investment in research and development and commitment to cutting-edge toy designs.  The LEGO Group's innovations and products have become so popular and well-recognized that they attract competitors who attempt to capitalize on the LEGO Group's success by copying its innovations and products, instead of developing their own product lines.  Over the years, the LEGO Group has made substantial investments in design, research and development, licensing, and manufacturing in a wide variety of product lines, including those containing the Minifigure figurine construction toy products.



**Representative LEGO® Product Lines**

12.    As described in further detail below, Briktek is infringing the LEGO Group's intellectual property rights with the sale in the U.S. of many of its product sets, including but not limited to its Super Pack (No. 19001), Construction Super Pack (No.14016), Police Super Pack (No. 11015), and Police set (No. 51027) (collectively, the "Infringing Products").

## THE LEGO GROUP'S INTELLECTUAL PROPERTY RIGHTS IN THE MINIFIGURE FIGURINE

13.    In 1978, the LEGO Group introduced its Minifigure figurine.  For more than 40 years, the Minifigure figurine has been sold worldwide in numerous varieties of LEGO® brand toy sets, as well as individually, becoming one of the most iconic toys for the LEGO Group. Over 120 million Minifigure figurines have been sold in the United States since 1978.



**A  Representative LEGO® Minifigure figurine**



**A  Representative LEGO® Minifigure figurine**

14.     LAS owns numerous copyrights registered with the United States Copyright Office, including Registration Number VA0000655230 and Registration Number VA0000655104 (the "Minifigure Copyrights"), protecting the 3D sculpture and derivative works of the Minifigure figurine.  Copies of the deposit material maintained by the United States Copyright Office as part of the Minifigure Copyrights are attached as Exhibits A and B.

 

**Registration Number VA0000655230**          **Registration Number VA0000655104**

15.     Since 1978, the LEGO Group has continuously displayed the © symbol in connection to the Minifigure figurine on various product packaging, catalogs and instructions.

16.     Since at least as early as 1993 the LEGO Group has continuously displayed the © symbol in the plastic of the Minifigure figurine in various locations.

17.     Since at least as early as 1998 the LEGO Group has continuously displayed "© LEGO" in the plastic of the Minifigure figurine in various locations.  For example, in the images below, "© LEGO" is in the plastic of each element comprising the Minifigure figurine:



**<u>© LEGO located inside head element of Minifigure figurine</u>**



| © LEGO located on the top of leg element of Minifigure figurine | © LEGO located on the bottom of leg element of Minifigure figurine | © LEGO located on the torso element of Minifigure figurine |

18.     LJAS owns numerous trademarks registered with the United States Patent & Trademark Office including Registration Number 4,903,968 for the Minifigure figurine ("the Registered Minifigure Trademark").  A copy of the Registration Certificate for the Registered Minifigure Trademark is attached as Exhibit C.



<u>**USPTO Registration Number 4,903,968**</u>

19.     The LEGO Group also has common law trademark rights in the Minifigure figurine set forth in Exhibit C, by virtue of its continuous use of the mark in commerce throughout the United States since 1978 (together with the Registered Minifigure Trademark, the "Minifigure Trademarks").

20.     The LEGO Group has established valuable (indeed, *invaluable*) trademark rights and goodwill in the Minifigure Trademarks by virtue of its long use and registration of the trademark, the substantial promotional and marketing efforts under the trademark, the expenditure of vast sums in advertising and promotional activities under that trademark, and third-party licensing agreements.

21.     The products and services offered, sold, and advertised in connection with the Minifigure Trademarks have generated substantial revenue.  Such revenue has exceeded over one billion dollars (USD) internationally.

22.     As a result of the long and extensive use of the Minifigure Trademarks, and the significant sales, promotion, advertising, third-party licensing, and commercial success under those marks, the Minifigure figurine has achieved such widespread public exposure and recognition that it is distinctive and is well-known and famous among the general consuming public of the United States and abroad.

<u>**BRIKTEK'S INFRINGING FIGURINES**</u>

A.     <u>**Briktek's Infringing Figurines**</u>

23.     Briktek sells figurines (the "Infringing Figurines") in many of its product sets, including but not limited to its Super Pack (No. 19001), Construction Super Pack (No. 14016),

Police Super Pack (No. 11015), and Police set (No. 51027), that are confusingly, strikingly and

substantially similar to the overall look and feel of the LEGO® Minifigure figurine.



**Example Set Containing Briktek Infringing Figurines**



**Representative Briktek Infringing Figurine**

24.    The images below show different views of the copyrighted and trademarked

LEGO® Minifigure figurine and a Briktek Infringing Figurine:



**Comparison of LEGO® Minifigure figurine and Briktek Infringing Figurine**



**Comparison of LEGO® Minifigure figurine set and a Briktek Infringing Figurine set**



**Alternating LEGO® Minifigure figurines and Britek Infringing Figurines**

25.     The Infringing Figurines are advertised on Briktek's interactive website, www.brictek.com (the "Briktek Website"). Upon information and belief, the Briktek Website provides direct links that funnel users to third party online retailers to purchase the products.

26.     Upon information and belief, the Briktek Website provides links to purchase the Infringing Figurines from Enasco at www.enasco.com, Amazon at www.amazon.com, Walmart at www.walmart.com, S&S Worldwide at www.ssww.com, Rainbow Resource Center at www.rainbowresource.com, LTD Commodities at www.ltdcommodities.com, Kaplan Early Learning Company at www.kaplanco.com, Yame Inc. at www.yamestore.com, United Art Hilliard at www.unitednow.com, Mardel Inc. at www.mardel.com, Playfully Ever After at playfullyeverafter.com and Bloxx Toys at www.bloxxtoys.com.

27.     The Briktek Website contains several other interactive elements including videos, children's activities that can be downloaded, an option to sign up for Briktek's newsletter, building instructions, the ability to filter products by age, a link to "like" Briktek's Facebook page, an option to share products to social media, and an email address for inquiries.



**Example Video Available on Briktek Website**



**Option to Subscribe to Newsletter on Briktek Website**



**Example Activities on Briktek Website**



**Example Option to Share Products to Social Media on Briktek Website**



**Building Instructions Locator on Briktek Website**

28.     Upon information and belief, the Infringing Figurines are also sold by various retail locations throughout the United States.

29.     Upon information and belief, the Super Pack (No. 19001), Construction Super Pack (No. 14016), Police Super Set (No. 11015), and Police set (No. 51027) are sold via online retailers such as Walmart.com for $49.95, $49.99, $74.99, and $19.99 respectfully.

30.     Briktek's Infringing Figurines are unauthorized reproductions of the LEGO Group's copyrights and trademarks including the Minifigure Copyrights and Minifigure Trademarks.

31.     The toy market is highly competitive.  Selling products that infringe the LEGO Group's copyrights and trademarks will allow Briktek to increase its market share and sales, and enable Briktek to establish relationships with customers, and licensors potentially, for whom the LEGO Group competes.  That potential injury to the LEGO Group is unquantifiable.

32.     The LEGO Group has no agreement of any kind with Briktek that would authorize the manufacture or sale of the Infringing Figurines. The Infringing Figurines are sold through many of the same trade channels as the LEGO® Minifigure figurine.

## THE LEGO GROUP'S DESIGN PATENTS

33.     The LEGO Group is famous throughout the world for its toy construction products.  Over the course of more than 50 years, the LEGO Group has designed and sold thousands of different unique bricks and building elements.  The ornamental designs of many of its bricks and building elements are protected by United States design patents.

34.     LAS owns U.S. Patent No. D701,924S ("the '924 Patent"), U.S. Patent No. D615,135S ("the '135 Patent"), U.S. Patent No. D688,328S ("the '328 Patent"), and U.S. Patent No. D696,360S ("the '360 Patent") (collectively the "Asserted Patents.")  Each of the Asserted Patents remain in full force and effect.

35.     The '924 Patent, entitled "Building Block From A Toy Building Set," was duly and legally issued on April 1, 2014 to LAS as assignee.  A copy of the '924 Patent is attached hereto as Exhibit D.



FIG. 7

**Figure 7 of the '924 Patent**

36.      The '135 Patent, entitled "Element For A Toy Building Set," was duly and legally issued on May 4, 2010 to LAS as assignee.   A copy of the '135 Patent is attached hereto as Exhibit E.



**Figures 1 & 2 of the '135 Patent**

37.      The '328 Patent, entitled "Building Block From A Toy Building Set," was duly and legally issued on August 20, 2013 to LAS as assignee.  A copy of the '328 Patent is attached hereto as Exhibit F.



**Figure 1 of the '328 Patent**

38. The '360 Patent, entitled "Building Block From A Toy Building Set," was duly and legally issued on December 24, 2013 to LAS as assignee. A copy of the '360 Patent is attached hereto as Exhibit G.



**Figure 1 of the '360 Patent**

**BRIKTEK'S INFRINGING BRICKS**

39.     Upon information and belief, Briktek manufactured, sold, offered to sell and imported and/or currently manufactures, sells, offers to sell, and imports, in the United States certain building bricks that are substantially similar to the Asserted Patents (the "Infringing Bricks") in at least two different products: the Construction 2 in 1 Bulldozer Set (No. 14048) and the Android Heroes 2 in 1 Set (No. 18015).

40.     Each Construction 2 in 1 Bulldozer Set (No. 14048) contains two (2) Infringing Bricks that are substantially similar to the '135 Patent.  A claim chart for the '135 Patent is

attached hereto as Exhibit H.  A chart providing an exemplary drawing from the '135 Patent and images of an Infringing Brick (left) compared to images of a genuine LEGO® brick embodying the '135 patent (right) is provided below:

**Exemplary Drawing from '135 Patent**            **Comparison of Bricks**







41.     Each Android Heroes 2 in 1 Set (No. 18015) contains fourteen (14) Infringing Bricks that are substantially similar to the '924 Patent.  A claim chart for the '924 Patent is attached hereto as Exhibit I.  A chart providing an exemplary drawing from the '924 Patent and an image of an Infringing Brick (top) compared to an image of a genuine LEGO® brick embodying the '924 Patent (bottom) is provided below:

| **Exemplary Drawing from '924 Patent** | **Comparison of Bricks** |
|---|---|
|  FIG. 7 |   |

42.     Each Android Heroes 2 in 1 Set (No. 18015) contains two (2) Infringing Bricks that are substantially similar to the '328 Patent. A claim chart for the '328 Patent is attached hereto as Exhibit J. A chart providing an exemplary drawing from the '328 Patent and an image of an Infringing Brick (top) compared to an image of a genuine LEGO® brick embodying the '328 Patent (bottom) is provided below:

| **Exemplary Drawing from '328 Patent** | **Comparison of Bricks** |
|---|---|
|  |   |

43.     Each Construction 2 in 1 Bulldozer Set (No. 14048)  contains ten (10) Infringing

Bricks that are substantially similar to the '360 Patent. A claim chart for the '360 Patent is

attached hereto as Exhibit K.  A chart providing an exemplary drawing from the '360 Patent and

an image of an Infringing Brick (top) compared to an image of a genuine LEGO® brick

embodying the '360 Patent (bottom) is provided below:

**Exemplary Drawing from '360 Patent**          **Comparison of Bricks**





44.     The LEGO Group has no agreement of any kind with Briktek that would

authorize the manufacture, sale, offering to sell, or importation of the Infringing Bricks.

## COUNT I

### (Copyright Infringement of Minifigure figurine)

45.     The LEGO Group hereby repeats and realleges paragraphs 1 through 44 of this

Complaint as if fully set forth herein.

46.     The copyrighted Minifigure figurine comprises, in whole or in part, wholly original works of authorship that are copyrightable subject matter under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.*  The LEGO Group has complied in all respects with the laws governing copyright and has secured the rights and privileges in, to, and under the Minifigure Copyrights in the Minifigure figurine.

47.     In violation of the LEGO Group's exclusive rights in the Minifigure figurine and the Minifigure Copyrights, Briktek has sold, and continues to sell, Infringing Figurines that are strikingly and substantially similar to the overall look and feel of the Minifigure figurine.

48.     Briktek's unlawful conduct constitutes infringement of the LEGO Group's exclusive rights in the Minifigure Copyrights, including without limitation the LEGO Group's rights under 17 U.S.C. § 106.

49.     Upon information and belief, as a direct and proximate result of Briktek's wrongful conduct, Briktek has realized and continues to realize profits and other benefits rightfully belonging to the LEGO Group.

50.     As a result of Briktek's unlawful conduct, the LEGO Group has suffered and will continue to suffer damages.

51.     The LEGO Group has suffered and will continue to suffer irreparable harm from Briktek's infringing acts, unless Briktek's infringement is enjoined.

## COUNT II

### (Trademark Infringement Under Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(a))

52.     The LEGO Group hereby repeats and realleges paragraphs 1 through 51 of this Complaint as if fully set forth herein.

53.     Without the LEGO Group's consent, Briktek used and continues to use in commerce the Infringing Figurines, as described above, in connection with the offering, sale, and advertising of toy figures and construction toy products, which are likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

54.     Upon information and belief, the actions of Briktek described above have at all times relevant to this action been willful.

55.     As a direct and proximate result of the actions of Briktek alleged above, the LEGO Group has been damaged and will continue to be damaged.

56.     The LEGO Group has suffered and will continue to suffer irreparable harm from Briktek's infringing acts, unless Briktek's infringement is enjoined.

**COUNT III**
**(Trademark Infringement, False Designation of Origin, and Unfair Competition Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A))**

57.     The LEGO Group hereby repeats and realleges paragraphs 1 through 56 of this Complaint as if fully set forth herein.

58.     The actions of Briktek relating to the Infringing Figurines are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of the products and services and commercial activities of Briktek, and thus constitute trademark infringement, false designation of origin, and unfair competition with respect to the Minifigure Trademarks, in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

59.     Upon information and belief, the actions of Briktek described above have at all times relevant to this action been willful.

60.     As a direct and proximate result of the actions of Briktek alleged above, the LEGO Group has been damaged and will continue to be damaged.

61.     The LEGO Group has suffered and will continue to suffer irreparable harm from Briktek's infringing acts, unless Briktek's infringement is enjoined.

## COUNT IV

### (Common Law Trademark Infringement, Unfair Competition, and Misappropriation)

62.     The LEGO Group hereby repeats and realleges paragraphs 1 through 61 of this Complaint as if fully set forth herein.

63.     Briktek's actions described above, including its manufacture, sale, offer for sale, display and distribution of the Infringing Products constitute common law trademark infringement, unfair competition, and misappropriation of the LEGO Group's goodwill under the common law of Connecticut and other states.

64.     Upon information and belief, the actions of Briktek described above have at all times relevant to this action been willful.

65.     As a direct and proximate result of the actions of Briktek alleged above, the LEGO Group has been damaged and will continue to be damaged.

66.     The LEGO Group has suffered and will continue to suffer irreparable harm from Briktek's infringing acts, unless Briktek's infringement is enjoined.

## COUNT V

### (Infringement of Asserted Patents Under 35 U.S.C. §§ 271 and 289)

67.     The LEGO Group hereby repeats and realleges paragraphs 1 through 66 of this Complaint as if fully set forth herein.

68.     Upon information and belief, Briktek has been and presently is infringing the Asserted Patents within this judicial district and elsewhere by making and selling Infringing Bricks that embody the patented designs disclosed in the Asserted Patents.  Briktek's Infringing

Bricks are included in at least certain sets including the Construction 2 in 1 Bulldozer Set (No. 14048) and the Android Heroes 2 in 1 Set (No. 18015).

69.     Briktek's Infringing Bricks so closely resemble the Asserted Patents that an ordinary observer would be deceived into purchasing the above-referenced Briktek toy sets.

70.     Briktek's Infringing Bricks infringe the Asserted Patents in violation of 35 U.S.C. §§ 271 and 289.

71.     Upon information and belief, Briktek's infringement of the Asserted Patents is and has been willful.

72.     The LEGO Group is entitled to recover damages adequate to compensate it for Briktek's infringement.

73.     The LEGO Group has suffered and will continue to suffer irreparable harm from Briktek's infringing acts, unless Briktek's infringement is enjoined.

**COUNT VI**

**(Violation of the Connecticut Unfair Trade Practices Act)**

74.     The LEGO Group hereby repeats and realleges paragraphs 1 through 73 of this Complaint as if fully set forth herein.

75.     By engaging in the acts alleged above, Briktek has willfully and maliciously engaged in conduct offensive to public policy, governing statutes, common law principles, and established concepts of fairness.

76.     Briktek's willful and malicious conduct was and is immoral, unethical, oppressive, and unscrupulous.

77.     Briktek's conduct has caused and will continue to cause substantial injury to the LEGO Group and to the public interest.

78.     Briktek committed such acts, and continues to commit such acts, in the conduct of trade or commerce.

79.     The LEGO Group has suffered, and if Briktek is not enjoined will continue to suffer, an ascertainable loss of money or property as a result of Briktek's actions.

80.     By virtue of the conduct above, Briktek has engaged in unfair competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a, *et seq*.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the LEGO Group requests judgment in its favor against Briktek as follows:

1.     A judgment that Briktek has infringed the Minifigure Copyrights;

2.     A judgment that Briktek has infringed the Minifigure Trademarks;

3.     A judgment that Briktek has infringed the Asserted Patents;

4.     For a permanent injunction restraining Briktek, its employees, and all persons in active concert or participation with Briktek or with any of the foregoing from:

    a.   manufacturing, selling, offering for sale, displaying or authorizing the sale of products, including the Infringing Products, containing unauthorized reproductions of the copyrighted  and trademarked Minifigure figurine, including any figurine or image that is substantially similar to the Minifigure Copyrights or likely to be confused with the Minifigure Trademarks;

    b.   manufacturing, selling, offering for sale, or authorizing the sale of construction toy elements that are substantially similar to the Asserted Patents, including in the Infringing Products, or applying the patent design or any colorable imitation thereof to any article of manufacture for the purpose of sale;

5.     An order that Briktek be directed to file with this Court and serve on the LEGO Group within thirty days after the service of an injunction, a report, in writing and under oath,

confirming all copies of the Infringing Figurines and Infringing Bricks and means for copying the same, have been destroyed;

6.     Awarding the LEGO Group its actual damages and Briktek's profits in an amount to be determined at trial or statutory damages pursuant to 17 U.S.C. § 504, 35 U.S.C. § 284, and 15 U.S.C. § 1117 and other applicable laws;

7.     Awarding the LEGO Group its reasonable attorney's fees and costs; and

8.     Such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the LEGO Group demands trial by jury in this action of all issues triable by jury in this matter.

Dated: December 22, 2021

<div style="margin-left:40%">

Respectfully submitted,

/s/ Elizabeth A. Alquist
Elizabeth A. Alquist (ct15643)
Eric TeVelde (ct29064)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Phone (860) 275-0100
Fax (860) 275-0343
eaalquist@daypitney.com
etevelde@daypitney.com


*Attorneys for Plaintiffs*

LEGO A/S,  LEGO Systems, INC., and
LEGO Juris A/S

</div>

## **CERTIFICATION**

I hereby certify that on December 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/ Elizabeth A. Alquist___
Elizabeth A. Alquist